# ATTACHEMENT 1

# Certificate of Training



The United States Air Force

CERTIFIES THAT

*Capt Robert Stewart*

HAS SUCCESSFULLY COMPLETED THE L3OZR4XXX 00BA, Medical Readiness Management Course PDS Code OYH, 80 Hours, CCAF 4 Hours Conducted by 59th Training Group, Fort Sam Houston, Texas AND IS HEREWITH AWARDED THIS

Dec 9, 2016
DATE

STEVEN C. CABERTO, Col, USAF, BSC
Commander





**Office of the Under Secretary of Defense**
Acquisition, Technology, and Logistics
3330 Defense Pentagon
Washington, DC 20103

Mr. Robert (Rob) Stewart, Jr.
Acting - Deputy Director
U.S. Department of Defense
Global Markets and Investments
3330 Defense Pentagon
Washington, DC 20301

November 17, 2017

Dear Mr. Stewart:

It is with greatest gratitude that I would like to offer my sincere thank you for the efforts in which you have demonstrated while working under my direct supervision. As my Deputy you've proven your ability to handle a multitude of challenging and difficult situations, while maintaining the upmost professionalism. Upon your arrival, you immediately sought to address the challenges inherent in our organization and you were deliberate and persistent in overcoming these significant obstacles. Your efforts in leading the Government Accountabilities Audit of the DoD's Effectiveness of CFIUS was amongst the most professional engagements I've personally witnessed.

The dedication to the mission, tenacious attitude and broad acquisition expertise is second to none. I am quite confident that you will continue to excel and exude excellence throughout your career. I wish you nothing but the absolute best in your continued career progression in service of our great Nation.

Sincerely,

*[signature]*

Mr. Thomas D Stapleton, SES
U.S. Department of Defense
Director
Global Markets & Investments,
DoD CFIUS



# Officer Training School

### Certificate of Training

CERTIFIES THAT

**Capt Robert Stewart**

HAS SUCCESSFULLY COMPLETED

*Instructor Qualification Training*

AND IS HEREWITH AWARDED THIS

KENNETH W. BACKES, Colonel, USAF
Vice Commandant, Officer Training School

29 Apr 15
Date



# COMMONWEALTH of VIRGINIA

## Department of Veterans Services

John L. Newby II  
Commissioner

Telephone: (804) 786-0220  
Fax: (804) 786-0302

May 29, 2019

Robert Stewart, Jr, CEO  
Federal Government Experts, LLC  
5881 Leesburg Pike Suite 305  
Falls Church, Virginia 22041

Re: Virginia Values Veterans (V3) Certification

Dear Mr. Stewart,

    On behalf of Governor Northam, please allow me to extend my thanks and sincere congratulations for Federal Government Experts, LLC completing all training requirements to become our newest V3-certified company through the Virginia Values Veterans (V3) Program.

    We are proud of your public commitment to the Commonwealth, and are confident that as a V3-certified company Veterans will look to your organization as a great place to work.

    You will have the full support of my office, and of our program managers, as we move forward together to increase employment opportunities for our veterans.

V3 representatives will continue to work with your company's V3 point of contact to:
- increase awareness of resources available for Veteran recruiting, hiring, and retention;
- assist your company in its progress towards achieving its Veteran hiring goals;
- capture and distribute lessons learned, success stories and best practices.

    Again, congratulations on your certification in the V3 Program! We are honored to have you as part of the V3 team.

Sincerely,

John L. Newby II

JLN/kae

AN EQUAL OPPORTUNITY EMPLOYER  
101 North 14th Street, Seventeenth Floor, Richmond, Virginia 23219  
www.dvs.virginia.gov



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION,
TECHNOLOGY,
AND LOGISTICS

March 6, 2015

Dear Sir/Madam:

    Mr. Stewart was selected from a highly competitive applicant pool in August of 2014 to be the Assistant Director of Acquisition Compliance for the Department of Defense's Office of Small Business Programs. After selecting Mr. Stewart, I observed his unique ability to critically think, interface with industry and observed his uncanny ability to develop comprehensive solutions to unique and challenging problems within the Department; upon noticing these talents I then appointed him as the Mentor Protégé Program Manager for the Department in addition to his original assignment. Since, arriving he has made a tremendous impact on current directorate and department initiatives.

    Mr. Stewart serves as my Principle advisor on all Small Business Policy and Acquisition compliance issues and topics. Mr. Stewart's attention to detail, concise analytical skills, and professionalism make him a highly qualified candidate for any Senior Executive position. Mr. Stewart is an exemplary leader and not only exhibits the Executive Core qualifications he embodies them as an ethos. His demeanor and actions substantiate his talents and efforts to become an SES. As a supervisor it has been both a pleasure and an honor to watch him grow as a person and as a professional.

    In closing, I would recommended Mr. Stewart be interviewed and evaluated as you move forward in your selection process. His expertise and positive mentality transcend any organization at all levels. He is a valued asset that will be a loss to OSBP but a clear asset to your organization. I look forward to speaking with you regarding Mr. Stewart. Should you have any questions regarding this letter please contact me directly, (571) 372-7791.

Sincerely,

Andre Gudger
Deputy Assistant Secretary of Defense
Manufacturing & Industrial Base Policy
OUSD AT&L OSBP

# Defense Acquisition University



This certifies that

**ROBERT S. STEWART JR.**

*has successfully completed*

ATL Staff Specialist Acquisition Course (ASSAC) 15-551 (ATL 900)

January 12 - 16, 2015

_____
President
*Defense Acquisition University*



**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
3000 DEFENSE PENTAGON
WASHINGTON, DC 20301-3000

ACQUISITION,
TECHNOLOGY,
AND LOGISTICS

March 6, 2015

Dear Sir/Madam:

    Mr. Stewart was selected from a highly competitive applicant pool in August of 2014 to be the Assistant Director of Acquisition Compliance for the Department of Defense's Office of Small Business Programs. After selecting Mr. Stewart, I observed his unique ability to critically think, interface with industry and observed his uncanny ability to develop comprehensive solutions to unique and challenging problems within the Department; upon noticing these talents I then appointed him as the Mentor Protégé Program Manager for the Department in addition to his original assignment. Since, arriving he has made a tremendous impact on current directorate and department initiatives.

    Mr. Stewart serves as my Principle advisor on all Small Business Policy and Acquisition compliance issues and topics. Mr. Stewart's attention to detail, concise analytical skills, and professionalism make him a highly qualified candidate for any Senior Executive position. Mr. Stewart is an exemplary leader and not only exhibits the Executive Core qualifications he embodies them as an ethos. His demeanor and actions substantiate his talents and efforts to become an SES. As a supervisor it has been both a pleasure and an honor to watch him grow as a person and as a professional.

    In closing, I would recommended Mr. Stewart be interviewed and evaluated as you move forward in your selection process. His expertise and positive mentality transcend any organization at all levels. He is a valued asset that will be a loss to OSBP but a clear asset to your organization. I look forward to speaking with you regarding Mr. Stewart. Should you have any questions regarding this letter please contact me directly, (571) 372-7791.

Sincerely,

Andre Gudger
Deputy Assistant Secretary of Defense
Manufacturing & Industrial Base Policy
OUSD AT&L OSBP