# ATTACHEMENT 2

**Robert Stewart Jr.**
Address: 4157 Riverview Cove
Vestavia Hills, AL 35243

Birmingham School of Law
231 22nd Street South
Birmingham, AL 35233
(205) 322-6122

Student ID: STU1013
Cumulative GPA: 2.78

## Unofficial Copy

| Year | Course ID | Course Title | Grade | Credit Hours | Credits Awarded |
|---|---|---|---|---|---|
| Fall 2020 | LAW 500S | Lawyering Fundamentals Course | S | 2.00 | 2.00 |
| | LAW 501 | Torts I | C | 3.00 | 3.00 |
| | LAW 521 | Legal Research & Writing | C+ | 3.00 | 3.00 |
| | LAW 721 | Contracts I | C | 3.00 | 3.00 |
| Spring 2021 | LAW 502 | Torts II | B- | 3.00 | 3.00 |
| | LAW 722 | Contracts II | A | 3.00 | 3.00 |
| | LAW 531 | Legal Methods/BARBRI | A- | 3.00 | 3.00 |
| Summer 2021 | LAW 711Z | Commercial Law - Zoom Weeknight | | 0.00 | 0.00 |
| | LAW 540Z | Criminal Law - Zoom Weeknight | | 0.00 | 0.00 |
| | LAW 560Z | Legal Ethics - Zoom Weeknight | | 0.00 | 0.00 |

4/30/2021  8:00:38PM

Page 1