# ATTACHEMENT 3

5 April 2021

To the Honorable Judge Rossie
Federal Judge, Eastern District of Virginia
Subject: Character Reference Mr. Robert Stewart, Jr.

My name is Dr. Kris Keske, and I have known Robert Stewart since he was 12 years old. From the time I first met Robert outside the gym where he was contemplating playing football with my older son Sam, I have found him to be one of the most compassionate people I have ever met in my life. I believe he would deny himself in order to avoid hurting anyone.

I remember a trip we took to visit my family in Pennsylvania, and a cat urinated in Robert's suitcase all over some souvenirs he had bought for his family. Robert never got upset; he talked about how it wasn't anyone's fault. (I would have been terribly upset.) I remember another time when I spent the weekend at Robert's apartment, and I was too tired to go out and find dinner. Even though Robert was ill at the time, he still got up and provided dinner. That's what I mean about his concern for the welfare of others above his own.

I always encouraged Robert to go into politics because I feel we need people like him in positions of leadership in all levels of government. When you spend time with Robert and talk to him, you can feel his interest and concern for you. He always looks directly at you, makes eye contact, and engages in the topic with you. Robert is respectful of your opinions even if they differ from yours. He and I had a discussion about a racial situation that occurred at Auburn University where we saw events differently. Robert calmly and logically described his perspective. That discussion helped me to grow into a more informed citizen. I thank Robert to this day for enriching my life.

Judge Rossie, please consider Robert's deep desire to help people and how that could affect his participation in a complicated, urgent situation. I promise – Robert has so much to offer the world. He will integrate everything he has learned in this experience and come out as a person who can help others.

Thank you,

Dr. Kris Keske
69 Elm Lane
Smiths Station, AL  36877
706-536-6777

Teresa D. Lockhart
YOUR ADDRESS HERE
CITY, STATE ZIP

March 1, 2021

Reference: Character Reference – Robert S. Stewart, Jr.

Dear Judge Rossie,

    My name is Dawn Lockhart, I have personally known Robert Stephen Stewart, Jr (aka Stevie Turtle) since 7th grade. He earned this nick name, as he used to wear very thick eye glasses, and the times in which he removed them, he would look like a turtle; I found out one day that his parents referred to him as Stevie, thus, the name "Stevie Turtle" was born.

    Sir, during the 2019 – 2020; Robert hired me to be his EA and later promoted me to be the operations and HR manager. During this time – Federal Government Experts, LLC (FGE) was a small company that continued to expand and grow, throughout the year – our team went from two to three employees to about twenty-five or so, including our contracting support staff. Mr. Stewart has always been regarded as a person of character, as an example we had an employee who had been terminated, during his time he had worked on a business deal that did not come to fruition until after he was terminated; Robert directed that we still pay him his commission, as it was the holidays, and he knew the person needed the money for his family.

I am not quite sure of all of the specifics as to what happened with Robert and the issues he is currently facing, I do know that during my tenure at FGE, we experienced issues with our accounting firm and payroll companies in ensuring taxes and accounting records were kept up accordingly; throughout the year our CPA failed to file various IRS quarterly returns and account for each person(s) earning. Ultimately this came to a point of contention in fall of 2019 and Robert made the decision to terminate all services with both the accounting company and ADP