# ATTACHEMENT 4

# EXAMPLES OF RECENT DISTRICT COURT HIGH FRAUD-LOSS CASES IN WHICH BELOW-GUIDELINES SENTENCES WERE IMPOSED

Office of the Federal Public Defender
September 30, 2014

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| **Eastern District of Virginia Cases** | | | | |
| *Arshad, Pervaiz* (E.D. Va. 2010, 1:10CR419) District Judge T. S. Ellis, III | Pled guilty to (1) conspiracy to commit mail and wire fraud and (2) forgery or false use of a passport in obtaining home mortgage loans. | $1,684,700 (9 victims) | 70-87 months | 48 months imprisonment, 3 years supervised release with special conditions $1,684,700 restitution, joint and several |
| *Contreras, Cecilia* (E.D. Va. 2010, 1:10CR296) District Judge Leonie M. Brinkema | Pled guilty to conspiracy to commit wire fraud and aggravated identity theft. | In excess of $1 million | 51-63 months (Government also included 24 months for the identity theft conviction for a total range of 75-87 months; Government asked for a 33% reduction amounting to a range of 50-57 months pursuant to 5K1.1 motion) | 24 months imprisonment each count to run concurrently w/ credit for time served, supervised relief for 2 years, $1.025 million restitution, joint and several with co-defendant Mark Simmons |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| *Deuterman, Cari* (E.D. Va. 2010, 1:10CR246) District Judge James C. Cacheris | Pled guilty to conspiracy to commit bank fraud through loan applications and mail fraud. | Nearly $2 million for total conspiracy (7 victims) | 33-41 months | 24 months imprisonment, supervised release with special conditions for 3 years, $1,958 million restitution |
| *Farhood, Mark* (E.D. Va. 2013, 1:13CR96) District Judge Anthony J. Trenga | Pled guilty to conspiracy to commit mail, wire, and bank fraud by delaying foreclosure of mortgages on properties while collecting rent on the same properties. Also obstructed justice post-plea, including attempting to dispose of and conceal assets subject to forfeiture and asking others to assist. | More than $4 million with hundreds of victims (renters, lenders nationwide, and 400 homeowners) | 324-360 months (Offense Level 41 at CHC 1). Govt recommended sentence between 15 and 20 years. | 132 months imprisonment, with credit for time served, supervised release with special conditions for 3 years, $2.8 million restitution, joint and several |
| *Ferrufino, Fidelino* (E.D. Va. 2010, 1:09CR430) District Judge Anthony J. Trenga | Convicted after trial of conspiracy to commit bank and wire fraud with bank mortgages. | >$9 million for total conspiracy; in excess of $3 million for Defendant's conduct (approx. 25 victims and numerous financial institutions) | 121-151 months; Government recommended 97 months | 34 months imprisonment, supervised release with special conditions for 3 years, $4.1 million restitution, joint and several |
| *Fleming-McClatchey, Annette* (E.D. Va. 2008, 1:08CR138) | Pled guilty to health care fraud involving Medicaid. | $6.4 million | 51-63 months | 40 months imprisonment, supervised release with special conditions for 3 |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| District Judge T.S. Ellis, III | | | | |
| *Gezachew, Sissaye* (E.D. Va. 2010, 1:10CR199) District Judge Leonie M. Brinkema | Pled guilty to conspiracy to commit bank fraud of United Bank. | In excess of $18 million (1 financial institution) | 78-97 months | 30 months imprisonment, supervised release for 3 years, $18,051,008 restitution, special assessment of $100 |
| *Hernandez, Aaron* (E.D. Va. 2010, 1:10CR175) District Judge Claude M. Hilton | Pled guilty to conspiracy to commit bank fraud and mail fraud through falsified loan applications. | In excess of $4.5 million (at least 8 financial institutions) | 70-87 months | 63 months imprisonment, 4 years supervised release, $4.5 million restitution |
| *Mallory, Lloyd* (E.D. Va. 2010, 1:09CR228) District Judge T.S. Ellis, III | Convicted of mail fraud and conspiracy to commit wire and mail fraud. | In excess of $2.7 million (11 loans) | 70-87 months | 60 months imprisonment with credit for time served as to each count (concurrently), 3 years supervised release with special conditions, $2,797,855 restitution |
| *Marcardo, Osvaldo* (E.D. Va. 2011, 1:11CR482) District Judge T.S. Ellis, III | Pled guilty to conspiracy to commit bank fraud by creating fraudulent tax letters used to support fraudulent mortgage applications. | $2.4 million (9 victims) | 51-63 months | 24 months imprisonment, 3 years of supervised release with special conditions, $2,387,943 restitution |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| *Milan, Michael* (E.D. Va. 2010, 1:09CR228) District Judge T.S. Ellis, III | Pled guilty to conspiracy to commit wire fraud and mail fraud in residential real estate transactions by falsifying information in mortgage applications. | Greater than $2,500,000 but less than $7,000,000. | 121-151 months | 108 months imprisonment with credit for time served, supervised release for 3 years with special conditions, $3.1 million restitution, joint and several |
| *Offill, Jr., Phillip* (E.D. Va. 2010, 1:09CR134) District Judge Liam O'Grady | Securities Attorney; aided in conducting "pump and dump" stock fraud schemes. Convicted at trial of conspiracy to commit securities registration violations, securities fraud, and nine substantive counts of wire fraud. | $2.1 million (more than 250 victims) | 168-210 months | 60 months imprisonment for ct. 1 and 96 months imprisonment for ct. 2-10 to run concurrently, 3 years of supervised release with special conditions $30,111 restitution |
| *Pinkett, Preston* CEO/President, International Fiduciary Corp. (E.D. Va. 2009, 1:08CR437) District Judge Liam O'Grady | Pled guilty to conspiracy to commit bank fraud by operating Ponzi scheme with is "Asset Growth Program." | $40.2 million in total fraudulent payments; $5.4 million in fraudulent payments to Defendant (180 investors that were victims) | 97-121 months; Government recommended 68-85 months, including 5K1.1 motion. | 36 months imprisonment, 3 years of supervised release with special conditions, $18.7 million restitution |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| *Rojas, Ruben* (E.D. Va. 2010, 1:09CR430) District Judge Gerald Bruce Lee | Pled guilty to conspiracy to commit bank and wire fraud by securing fraudulent loans for "straw buyers." | In excess of $9 million for total conspiracy | 87-108 months (reduced from 97-121 after criminal history reduced to I); Government recommended 87 months | 60 months imprisonment, 5 years of supervised release, $9.2 million restitution, joint and several |
| *Roque, Ailyn* (E.D. Va. 2013, 1:13CR132) District Judge T.S. Ellis, III | Pled guilty to wire fraud in connection with a fake business involving the purchase and resale of sporting events tickets. | Nearly $800,000 (more than 20 victims) (>30 fraudulent transactions) | 33-41 months | 30 months imprisonment, 3 years of supervised release with special conditions, $660,286 in restitution |
| *Rowland, Linda* (E.D. Va. 2011, 2:10CR132) District Judge Mark S. Davis | Pled guilty to wire fraud and two counts of aggravated identity theft. | $1.5 million (At least 34 individuals) | 75-87 months (51-63 months for the wire fraud conviction and a mandatory minimum sentence of 24 months for the identity theft conviction, Government recommended them to run concurrently) | 68 months imprisonment, $1.2 million restitution |
| *Sadr, Linda* (E.D. Va. 2011, 1:10CR437) District Judge Liam O'Grady | Pled guilty to two counts of mail fraud, four counts of wire fraud, and two counts of money laundering involving a "mortgage elimination program." | More than $11 million (155 victims) | 168-210 months (Offense Level 35 at CHC I) | 144 months imprisonment and 120 months to run concurrently with credit for time served, 3 years of supervised release with special conditions, $9.6 million restitution |
| *Shaffer, Kevin* President/Co-owner, | Pled guilty to bank fraud, tax evasion, and willful failure to collect, account | $3.5 million | 70-87 months; 57-71 months pursuant to plea agreement; | 51 months imprisonment, $3.5 |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| Matrix-DSS, Inc. (E.D. Va. 2011, 1:10CR111) District Judge Gerald Bruce Lee | for, pay over employment taxes. | | Government recommended 66 months | million restitution |
| Simmons, Mark (E.D. Va. 2010, 1:10CR296) District Judge Leonie M. Brinkema | Operated foreclosure rescue scheme through RETE Funding, LLC. Pled guilty to conspiracy to commit wire fraud and aggravated identity theft. | In excess of $1 million | 124-149 months | 72 months imprisonment, $1.025 million restitution — paid jointly and severally with co-defendant Cecilia Contreras |
| Siveroni, Javier (E.D. Va. 2011, 1:11CR155) District Judge Liam O'Grady | Pled guilty to conspiracy to commit wire and mail fraud through fraudulent loan applications | At least 15 different properties and victims suffered more than $2.5 million | 78-97 months | 24 months imprisonment, 2 years of supervised release, $2.6 million in restitution, jointly and severally with co-defendants |
| Tonkinson, Christopher (E.D. Va. 2010, 1:10CR361) District Judge Claude M. Hilton | Pled guilty to conspiracy to commit bank fraud and mail fraud. | Nearly $2 million for total conspiracy | 30-37 months | 24 months imprisonment, $629,400 restitution |
| Tribby, Linda (E.D. Va. 2011, 1:11CR106) District Judge Liam O'Grady | Pled guilty to bank fraud. | Over $14.1 million (1 financial institution) | 97-121 months | 84 months imprisonment, in excess of $8.4 million restitution |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| **Other District Court Cases** | | | | |
| *Adelson, Richard* CEO & President, Impath (S.D.N.Y. 2006, 1:05CR325) | Convicted at trial of conspiracy, securities fraud, and filing false reports with SEC. | $50-$100 million | Guidelines called for life imprisonment; however, statutory maximum was 85 years | 42 months imprisonment, $50 million restitution |
| *Argo, Carole* CFO, SafeNet, Inc. (S.D.N.Y. 2008, 1:07CR683) | Pled guilty to securities fraud. | $1-2.5 million (stipulated loss amount) | 97-121 months | 6 months imprisonment |
| *Cole, Robert* Sales Rep., Diebold (N.D. Ohio 2008, 5:08CR327) | Pled guilty to securities fraud. | $509,000 | 30-37 months | 12 months and 1 day imprisonment |
| *Correll, Travis* (N.D. Ga. 2008, 1:07CR365) | Pled guilty to wire fraud (related to Ponzi scheme). | $29 million (ordered in restitution) | 188-235 months | 108 months imprisonment, $29 million restitution. (Mr. Correll was initially sentenced to 144 months. He later received a further reduction, under Rule 35, based on his cooperation.) |
| *Ferguson, Ronald* CEO, General Reinsurance Corp. (D. Conn. 2008, 3:06CR137) | Convicted at trial of conspiracy, securities fraud, false statements to SEC, and mail fraud. | $544 million | Life imprisonment | 24 months imprisonment |

Page 7 of 10

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| *Jacobowitz, Jacob* Executive VP, Allou Healthcare (E.D.N.Y. 2007, 1:04CR558) | Pled guilty to making false statements in reports to the SEC. | $30 million | 168-210 months, however, statutory maximum was 120 months. | 84 months imprisonment, $30 million restitution |
| *Kohler, Raquel* CFO, Mutual Benefit Corp. (S.D. Fla. 2007, 1:07CR20446) | Pled guilty to conspiracy to commit securities fraud. | $471 million | 324-405 months, but statutory maximum was 120 months. | 60 months imprisonment, $471 million restitution |
| *Ledee, William* (N.D. Ga. 2007, 1:05CR015) | Founder of fictitious insurance company. Pled guilty to making false financial statements, engaging in business of insurance as a convicted felon, mail fraud, conspiracy to commit money laundering, etc. | $21.6 million | The PSR reported a total offense level of 51 and criminal history category II, resulting in a guideline range of LIFE | 70 months imprisonment, $21.6 million restitution. (Judge varied below agreement's sentence cap of 7.5 years.) |
| *Milton, Christian* AIG, Vice President (D. Conn. 2009, 3:06CR137) | Convicted of various counts of fraud. | | Life imprisonment | 48 months imprisonment |
| *Olis, Jamie* Tax Lawyer, Dynegy (S.D. Tex. 2006, 4:03CR217) | Convicted at trial of: (1) conspiracy to commit securities fraud, mail fraud, wire fraud, (2) securities fraud, (3) mail fraud, and (4) wire fraud. | $79 million | 151-181 months | 72 months imprisonment (originally sentenced to 292 months (within the original guideline range of 292-365 months); sentence remanded from the Fifth Circuit Court of Appeals and |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| *Parris, Lennox* Director, Queench, Inc. (E.D.N.Y. 2008, 1:05CR636) | Convicted at trial of conspiracy to commit securities fraud, securities fraud, conspiracy to commit witness tampering, and witness tampering. | Between $2.5 and $7 million | 360 months to life | 60 months imprisonment (sentence reduced by District Court Judge based on *Booker* and after considering the sentencing guidelines and policy statements) |
| *Parris, Lester* Director, Queench, Inc. (E.D.N.Y. 2008, 1:05CR636) | Convicted at trial of conspiracy to commit securities fraud, securities fraud, conspiracy to commit witness tampering, and witness tampering. | Between $2.5 and $4.9 million | 360 months to life | 60 months imprisonment |
| *Richards, Stephen* Sr. Vice President, Computer Associates (E.D.N.Y 2006, 1:04CR846) | Pled guilty to conspiracy to commit securities fraud and wire fraud, securities fraud, false statements to SEC, conspiracy to obstruct justice, obstruction of justice, and perjury. | $2.2 billion (according to Government's sentencing memorandum) | Life imprisonment under 2005 guidelines; 151-188 months under 1998 guidelines (unclear how District Court resolved dispute over which version should apply) | 84 months imprisonment |
| *Turkcan, Mark* President, First Bank Mortgage (E.D. Mo. 2009, 4:08CR428) | Pled guilty to misapplication of bank money. | $35 million | 63-78 months provided by the Government; 97-121 months provided by the Probation Office | 12 months & 1 day imprisonment, $24.6 million restitution |
| *Whittier, John* Manager, Wood River Partners (S.D.N.Y. 2007, | Pled guilty to securities fraud, failure to disclose ownership in excess of 5% of publicly traded security, and failure to disclose ownership in excess of 10% | $88 million (ordered in restitution) | 188-235 months | 36 months imprisonment, $88 million restitution |

| Case | Conviction | Loss Amount | Guideline Range | Sentence |
|---|---|---|---|---|
| 1:07CR087 | of publicly traded security. | | | |