| | | |
|---|---|---|
| Judge: Alston | **SENTENCING** | Date: 6/16/2021 |
| Reporter: T. Harris | | Time: 11:42 to 12:35 |
| **Cr. #**  1:21CR0005-001 | | AUSA: William Fitzpatrick |
| **U.S. v.** Robert S. Stewart, Jr. | | Defense: Robert Jenkins |

PSIR adopted.

**Sentence Imposed:**

21    Months imprisonment
    (Counts 1, 2, & 3 to run concurrently with each other)

5    Years supervised release (changed to 3 years per RDA following court)
    (Counts 1, 2, & 3 to run concurrently with each other)

**Conditions of Supervised Release:**

1) The defendant shall provide the probation officer access to any requested financial information.
2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

**Monetary penalties:**

$100.00   Assessment on each of Counts 1, 2, and 3 = $300.    $_____0_____ Fine

Restitution not ordered as it has already been paid.

**Recommendations to BOP:**

The Court recommends that the defendant be designated to a facility as close to Alabama as possible.

Defendant: _____ Remanded ✓ To voluntarily surrender as directed.