FILED
MAILROOM

OCT 20 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Honorable Rossie,

Sir, I wanted to take time and firstly apologize again for my actions; while I knew what I did was wrong and criminal in nature, I wanted you to know that I took what you said to me to heart. Upon returning from sentencing, I sat down with both my mother and father and had a heart to heart with them both; as you stated, my parents "... would come around" (paraphrasing) They have been nothing but supportive.

Since coming to Prison, I've understood "the opportunity" that I had and ultimately cost due to my conduct; However after coming here I've decided to "Bring light" to others Darkness. you were Right, you did But me a huge Break! Some of the inmates I've met have been incarcerated for over 20 years. My experience has been eye opening and humbling. This experience was necessary to light a fire under me and to get my life back on track.

Sir, my motion to you comes from two places — firstly, I am asking for consideration to be able to complete my education, and re-enter society with another tool to provide for my family. Secondly, my request comes a true place of sincerity. I am committed to righting my wrongs. Since arrival, I have helped over 7 inmates with their administrative and Judicial relief motions, I continue to work on my relationship with my family and have started running "towards God" and not away from him. Your Honor, I will continue to work on myself and ask that you consider Granting my request as I want to return to society as the best Person I can be, more importantly I want to be the Best Christian, Son and FATHER Possible.

Thank you for your Consideration.

Phil Stal (JD Candidate)
Reg# 28570509
Talladega FCI CAMP
PO BOX 2000
Talladega, AL 35160