◇28576-509◇
Robert Stewart Jr.
2000 PO BOX
REG 28576509
Talladega, AL 35160
United States

Birmingham, AL P&DC 352
WED 13 OCT 2021 PM

Attention: Clerk of the Court
Albert v. Bryan
United States Courthouse
401 Courthouse Sq 2nd Fl